CLERK'S OFFICE U.S. DIST. COURT
AT CHARLOTTESVILE, VA
FILED
AUG 1 2 2020
JULIA C. DUDLEY, CLERK
BY: /s/
DEPUTY CLERK

IN THE
UNITED STATES DISTRICT COURT
FOR THE
WESTERN DISTRICT OF VIRGINIA
HARRISONBURG DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | Case No. 5:20CR00021 |
| v. ) | |
| ) | All in violation of: |
| BRAXTON LOUIS DANLEY ) | Title 18 U.S.C. § 875(c) |
| ) | Title 18 U.S.C. § 2261A(2) |

# INDICTMENT

### COUNT ONE
*18 U.S.C. § 2261A*
*Cyberstalking*

The Grand Jury Charges that:

1. Beginning in or around May 2018 and continuing through January 21, 2020, in the Western District of Virginia and elsewhere, the defendant BRAXTON LOUIS DANLEY, with the intent to kill, injure, harass, and intimidate another person, identified herein as J.J., did use an interactive computer service, electronic communications service, electronic communication system of interstate commerce, and facilities of interstate and foreign commerce, to engage in a course of conduct that placed J.J. in reasonable fear of death or seriously bodily injury, and caused, attempted to cause, and would be reasonably expected to cause substantial emotional distress to J.J.

2. All in violation of Title 18, United States Code, Section 2261A(2).

*USAO #2020R00113*

1

## COUNT TWO
### *18 U.S.C. § 875(c)*
### *Interstate Threats*

3. On or about July 10, 2018, in the Western District of Virginia and elsewhere, the defendant, BRAXTON LOUIS DANLEY, knowingly and willfully did transmit in interstate and foreign commerce a communication, specifically a Facebook message to J.J., and the communication contained a threat to injure J.J.

4. All in violation of Title 18, United States Code, Section 875(c).

## COUNT THREE
### *18 U.S.C. § 875(c)*
### *Interstate Threats*

5. On or about December 23, 2018, in the Western District of Virginia and elsewhere, the defendant, BRAXTON LOUIS DANLEY, knowingly and willfully did transmit in interstate and foreign commerce a communication, specifically a Facebook post to J.J., and the communication contained a threat to injure J.J.

6. All in violation of Title 18, United States Code, Section 875(c).

## COUNT FOUR
### *18 U.S.C. § 875(c)*
### *Interstate Threats*

7. On or about January 20, 2020, in the Western District of Virginia, the defendant, BRAXTON LOUIS DANLEY, knowingly and willfully did transmit in interstate and foreign commerce a communication, specifically a Facebook post to J.J., and the communication contained a threat to injure J.J.

8. All in violation of Title 18, United States Code, Section 875(c).

A TRUE BILL, this 12 day of August, 2020.

/s/FOREPERSON
GRAND JURY FOREPERSON

THOMAS T. CULLEN
UNITED STATES ATTORNEY

USAO #2020R00113