

## U.S. Department of Justice

Federal Bureau of Prisons

*Federal Medical Center, Devens*

---

P.O. Box 880
Ayer, MA 01432

July 28, 2021

The Honorable Judge Joel Hoppe
United States Courthouse
116 North Main Street
Room 314
Harrisonburg, VA 22802

RE:    DANLEY, Braxton Louis
         Reg#: 05882-509
         Crim#: 5:20CR21

Dear Judge Joel Hoppe:

This letter is to inform you the above-named defendant arrived at this institution on July 20, 2021. He has been designated to undergo a forensic evaluation pursuant to your order dated April 27, 2021.

Due to COVID-19 precautions, all new admissions require a 14-day quarantine. As a result, we expect to complete the study by December 1, 2021. At that time, the United States Marshals Service may be notified the study is complete and the defendant may be transported back to the court. The court may expect a final copy of the forensic evaluation within eight weeks of that notification.

The forensic psychologist assigned to this study is Dr. Miriam Kissin. We have requested all relevant records on the case from both attorneys. Please feel free to contact Dr. Kissin, at (978) 796-1000, extension 1459, should you need more information.

Sincerely,

A. Boncher
Warden

U. S. Department of Justice
Federal Bureau of Prisons
*Federal Medical Center Devens*

Post Office Box 880
Ayer, MA 01432

Official Business

CERTIFIED MAIL

7004 1160 0006 6944 7034

BOSTON MA 021
29 JUL 2021 PM

U.S. OFFICIAL MAIL
PENALTY FOR PRIVATE USE $300

$ 006.96⁰
02 1P
0000007631    JUL 29 2021
MAILED FROM ZIP CODE 01434

The Honorable Judge Joel Hoppe
United States Courthouse
116 North Main Street
Room 314
Harrisonburg, VA 22802

22802-383216