## CERTIFICATE OF COMPETENCY

This is to advise you, DANLEY, Braxton Louis, Reg#: 05882-509, has been examined by my staff pursuant to 18 USC 4241(d). Pursuant to 18 USC 4241(e), I certify my staff determined he is able to understand the nature and consequences of the proceedings against him and to assist properly in the defense of the claims brought against him.

In accordance with section 4241(e), the Clerk of the Court should mail a copy of this certificate to the defendant's counsel and to the attorney for the Government.

SIGNED December _14_, 2021

A. Boncher, Warden
Federal Medical Center
Devens, Massachusetts